**C. J. OLIVER et al., Plaintiffs-Appellees,**

v.

**HOME INDEMNITY COMPANY, Intervenor-Appellee.**

**MONSANTO COMPANY, Defendant-Third Party Plaintiff-Appellant,**

v.

**A. A. PRUITT, Third Party Defendant-Appellee,**

v.

**HYDROCARBON CONSTRUCTION COMPANY et al., Third Party Defendants.**

**No. 73-1628.**

United States Court of Appeals, Fifth Circuit.

Dec. 4, 1973.

Alvin S. Elisor, Cleveland, Tex., for Oliver.

David H. Burrow, Houston, Tex., for Oliver and Evans.

Tom Alexander, Robert C. Floyd, Houston, Tex., for Bruit and Home Indemnity.

Warner E. Brock, Houston, Tex., for Smith.

Henry E. Dalehite, Jr., Galveston, Tex., for All-Fab.

W. Bryant Russell, Houston, Tex., for Topaz.

Donald R. Hallmark, Houston, Tex., for S.I.P.

Before TUTTLE, DYER and MORGAN, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the opinion of the District Court, entitled Amended Memorandum and Order, 56 F.R.D. 370.